UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20577-CIV-ALTONAGA

**RENATO LUIZ SAYEG**, *et al.*,

 Petitioners,
v.

**ATTORNEY GENERAL OF
THE UNITED STATES**, *et al.*,

 Respondents.
_____/

### ORDER

**THIS CAUSE** came before the Court on Petitioners, Renato Luiz Sayeg, Manuela Rodrigues Da Silva Sayeg, Natalia Sayeg, and Fernando Augusto Sayeg's Complaint for Writ of Mandamus, Declaratory, and Other Relief [ECF No. 1], filed on February 13, 2023.

Petitioners allege Respondents, the Attorney General of the United States, the Secretary of the United States Department of Homeland Security, the Director of the United States Citizenship and Immigration Services ("USCIS"), the Director of the Federal Bureau of Investigation, the United States Department of Homeland Security, the United States Department of Justice, the United States Citizenship and Immigration Services, the Federal Bureau of Investigation, and the United States of America, have improperly withheld action on their Form I-829 Petitions by Investor to Remove Conditions on Permanent Resident Status, filed on *May 14, 2019*. (*See id.* ¶¶ 4–5). The almost four-year delay to process Petitioners' I-829 Petitions is certainly causing prejudice to Petitioners. (*See id.* ¶ 24). Petitioners request that the Court compel Respondents to adjudicate their Petitions within 15 days. (*See id.* 13).

The undersigned finds it appropriate to adopt the well-reasoned analysis contained in *De Donado v. Swacina*, 486 F. Supp. 2d 1360 (S.D. Fla. 2007), pertaining to the Court's power to

CASE NO. 23-20577-CIV-ALTONAGA

hear the merits of a petitioner's immigration application, or to remand the case to the United States Citizenship and Immigration Service for further proceedings. Accordingly, it is

**ORDERED** that Petitioners shall forthwith serve Respondents with their Complaint and photocopies of this Order. This case is remanded to the USCIS. Respondents are ordered to make a determination on Petitioners' Form I-829 Petitions by Investor to Remove Conditions on Permanent Resident Status within **90 days** of the date of service of this Order.

The Clerk is directed to mark this case **CLOSED**. Petitioners shall file status reports pertaining to Respondents' compliance with this Order every thirty (30) days, beginning on March 15, 2023. Should Respondents fail to comply with this Order within 90 days of service of this Order, Petitioners may request that this matter be re-opened.

**DONE AND ORDERED** in Miami, Florida, this 15th day of February, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record